UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 13CR3801-CAB |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING |
| | ) | INFORMATION |
| v. | ) | WITHOUT PREJUDICE |
| | ) | |
| JORGE IGNACIO AMPARANO-CAMBRE, | ) | |
| | ) | |
| Defendant. | ) | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

The Information in the above-entitled case is dismissed, without prejudice, in the interest of justice, pursuant to Rule 48(a), Federal Rules of Criminal Procedure.

SO ORDERED.

DATED:    11/19/13

HONORABLE CATHY ANN BENCIVENGO
United States District Court Judge

1